**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Janice Sylvia STEELE, Defendant–Appellant.**

No. 01–6054.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2001.

Decided May 2, 2001.

Janice Sylvia Steele, pro se.

Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Janice Sylvia Steele seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Steele*, Nos. CR–98–22; CA–00–510–3 (W.D.N.C. filed Nov. 7, 2000; entered Nov. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*